IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTY ROBERT BEGAY,

    Plaintiff,

v.                                          CV 13-515 LH/WPL

DWAYNE SANTISTEVAN,

    Defendant.

## ORDER

Dwayne Santistevan has filed a motion to seal part of his *Martinez* report. He states that it may be necessary pursuant to the order for the *Martinez* report to file confidential investigative reports concerning Begay's status as a security threat group member. Such disclosure, Santistevan argues, will compromise the safety and security of inmates, employees, and correctional institutions generally in New Mexico. Begay has not filed a response to the motion, and the deadline for doing so has passed, constituting consent to grant the motion. *See* D.N.M.LR-Civ. 7.1(b). Having considered the motion, the case record, and the relevant law, I find that the motion is well-taken and should be granted.

When a *Martinez* report is used for summary judgment purposes, the pro se plaintiff must be provided an opportunity to present conflicting evidence to controvert the facts set out in the *Martinez* report. *Hall v. Bellmon*, 935 F.2d 1106, 1109 (10th Cir. 1991). Nonetheless, certain corrections documents may present valid security problems upon their disclosure.

IT IS HEREBY ORDERED THAT:

1. Santistevan's motion to file part of his *Martinez* report under seal is GRANTED as described herein.

2. Santistevan shall file the *Martinez* report under seal, specifying which documents are a threat to safety and security within the corrections department and therefore not subject to disclosure.

3. Santistevan shall serve Begay with a redacted *Martinez* report.

4. Upon review by the Court of the full *Martinez* report filed under seal, the Court may in the interests of justice instruct Santistevan to serve Begay with additional documents or portions thereof.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.